UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Carl L. Green,

Plaintiff,

v.

Irwin Mortgage Corporation,

Defendant.

Court File No.: 00-CV-936 JRT/FLN

STIPULATION FOR DISMISSAL
WITH PREJUDICE
AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Carl L. Green, and Defendant Irwin Mortgage Corporation, an Indiana corporation, acting through its undersigned counsel, that in consideration of the mutual promises and covenants contained in the Confidential Settlement Agreement and General Release by and between the parties, the parties do hereby dismiss with prejudice all claims against each other as set forth in their pleadings in the above-entitled matter, without costs to any party.

Dated: 9/26, 2000

Carl L Green

Dated: 9-24, 2000

COUREY, KOSANDA & ZIMMER, P.A.

By ______________________
Marc W. Courey
Attorney Registration No. 285018
8501 Golden Valley Road, Suite 125
Golden Valley, MN 55427
Voice: (612) 339-0441
Fax: (612) 339-2116
**Attorneys for Defendant**

FILED SEP 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________

**ORDER OF DISMISSAL**

THIS COURT ORDERS that the Complaint and this action be dismissed with prejudice without costs to any party.

Date: Sept 28 ,2000

Judge of District Court

(Court Seal)