UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carl L. Green, Civil No. 00-936 JMR/FLN

Plaintiff,

v.

Irwin Mortgage Corp., **ORDER**

Defendants.

---

Carl L. Green, pro se.
John D. Kosanda, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 11, 2000, on Plaintiff's Motion For Relief under Fed. R. Civ. P. 60(b) [#12] and Defendant's Motion in Opposition to Plaintiff's Motion for Relief [#15]

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Plaintiff's Motion For Relief [#12] is **DENIED**. Plaintiff has made no showing of: (1) either newly discovered evidence or any fraud or misrepresentation by Defendant which induced him to enter into the Settlement Agreement and Stipulation; and (2) any indication that the Defendant failed to comply with the Settlement Agreement and Stipulation.

2. Defendant's Motion in Opposition to Plaintiff's Motion for Relief is **GRANTED in part and DENIED in part** as follows:

   a. Insofar as the Motion pertains to dismissing the Plaintiff's Motion, it is **MOOT**;

   b. Insofar as the Motion pertains to fees and costs, it is **DENIED**.

DEC 2 2 2000
...AL CLERK

DATED: Dec. 22, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge